IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ACF 2006 CORP. )
)
v. ) No. 3-09-0928
)
TRAUNER, COHEN & THOMAS, )
L.L.P; NATIONAL ASSET )
RECOVERY, INC;[1] RUSSELL S. )
THOMAS; and MICHAEL J. COHEN )

O R D E R

On March 22, 2010, the plaintiff filed a motion to voluntarily dismiss (Docket Entry No. 55).

The Clerk is directed to forward the file in this case to the Honorable Thomas A. Wiseman, Jr. for his consideration of the plaintiff's motion to voluntarily dismiss.

As a result, the case management conference, scheduled by order entered March 8, 2010 (Docket Entry No. 50), on March 30, 2010, is CANCELLED, and, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is also directed to send a courtesy copy of this order to Louis R. Cohan, Weinstock & Scavo, P.C., 3405 Piedmont Road, Suite 300, Atlanta, GA 30305, by regular, first class mail (only).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Default was entered against defendants Trauner, Cohen & Thomas, L.L.P. and National Asset Recovery, Inc. on January 4, 2010 (Docket Entry No. 17).