UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| ACF 2006 CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-0928 |
| | ) | |
| TRAUNER, COHEN & THOMAS, L.L.P, | ) | Judge Wiseman |
| NATIONAL ASSET RECOVERY, INC., | ) | |
| RUSSELL S. THOMAS, and MICHAEL J. | ) | Magistrate Judge Griffin |
| COHEN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF VOLUNTARY DISMISSAL

It appearing to the Court, based on the Motion to Voluntarily Dismiss filed by ACF 2006

Corp. ("ACF") that ACF, the Plaintiff herein, has requested that this action be dismissed and,

based on the entire record in the case, that the Defendants have pled no counterclaim and that

dismissal of the action on the terms set forth herein is proper, it is hereby **ORDERED** that this

action is dismissed pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, with each party

to bear its own costs.

**IT IS SO ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge